Ronald M. Horwitz (005655)
Janessa E. Koenig (018618)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
rmh@jaburgwilk.com
jek@jaburgwilk.com
(602) 248-1000

Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SHAD W. SCHAFER and<br>CANDANCE M. SCHAFER<br><br>    Debtors.<br><br>WELLS FARGO FINANCIAL ARIZONA, INC.,<br><br>    Movant,<br><br>v.<br><br>SHAD W. SCHAFER and<br>CANDANCE M. SCHAFER and<br>ROGER W. BROWN, Trustee,<br><br>    Respondents. | Chapter 7<br><br>Case No: 2-09-bk-22507-GBN<br><br><br>**NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

**TO DEBTORS, DEBTORS' COUNSEL, THE TRUSTEE
AND OTHER PARTIES-IN-INTEREST**

NOTICE IS HEREBY GIVEN, pursuant to General Order Number 47, that the above Movant has filed a Motion for Relief From the Automatic Stay and Request for Adequate Protection in the above referenced Chapter 7 Proceeding.

48137-90951/RMH/JMC2/797348_v1

In the Motion for Relief from the Automatic Stay, the Movant has alleged as follows:

1. The Movant has a perfected lien on the real property described in the Note and Deed of Trust dated June 18, 2007.

2. That the Debtors have been unable to afford Movant adequate protection for its interest in said real Property.

3. That there is little equity in said real Property for the Bankruptcy Estate and said Property is not necessary for an effective reorganization.

4. That Movant should be permitted to foreclose its liens upon said real property.

That the stay afforded by 11 U.S.C. § 362 should be modified to permit Movant to foreclose its liens on the real property described in its Motion on file herein.

Any objection or response to the Motion for Relief From the Automatic Stay and Request for Adequate Protection must be in writing and the original filed with the Clerk of the United States Bankruptcy Court, with a copy served upon Movant's attorney, RONALD M. HORWITZ, JABURG & WILK, P.C., 3200 North Central Avenue, Suite 2000, Phoenix, Arizona 85012

FURTHER NOTICE IS HEREBY FURTHER GIVEN that if no written objection or response to the Motion for Relief from the Automatic Stay and Request for Adequate Protection is filed within fourteen (14) days of the date of service of this Notice, the Motion for Relief from the Automatic Stay and Request for Adequate Protection may be granted, without further hearing.

RESPECTFULLY SUBMITTED this 19th day of April, 2010.

**JABURG & WILK, P.C.**

s/ Ronald M. Horwitz
Ronald M. Horwitz
Attorneys for Movant

48137-90951/RMH/JMC2/797348_v1

| | |
|---|---|
| 1 | **COPY** of the foregoing mailed this 19th day of April, 2010, to: |
| 2 | |
| 3 | SHAD W. SCHAFER<br>CANDANCE M. SCHAFER<br>9223 E. Adobe Rd. |
| 4 | Mesa, AZ  85207 |
| 5 | MARI JO CLARK<br>3700 N. 24th St., #120 |
| 6 | Phoenix, AZ  85016 |
| 7 | ROGER W. BROWN<br>P.O. Box 32967 |
| 8 | Phoenix, AZ  85064-2967 |
| 9 | |
| 10 |   s/ Jeanette Chavez |

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

48137-90951/RMH/JMC2/797348_v1