Ronald M. Horwitz (005655)
Janessa E. Koenig (018618)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
rmh@jaburgwilk.com
jek@jaburgwilk.com
(602) 248-1000

Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| SHAD W. SCHAFER and CANDANCE M. SCHAFER | No: 2-09-bk-22507-GBN |
| Debtors. | |
| WELLS FARGO FINANCIAL ARIZONA, INC., | **ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |
| Movant, | |
| v. | |
| SHAD W. SCHAFER and CANDANCE M. SCHAFER and ROGER W. BROWN, Trustee, | |
| Respondent. | |

This matter coming before this Court pursuant to the Motion of Secured Creditor, WELLS FARGO FINANCIAL ARIZONA, INC., to lift the automatic stay with respect to the Estate and to the Debtors' interest in the real property described in the Note and Deed of Trust attached to Motion; respectively; that the Debtors have defaulted in their installment payments and cause exists for lifting the automatic stay; that the Debtors have been unable to afford Movant adequate

48137-90951/RMH/JMC2/797348_v1

protection for its interest in said property; that there is no equity in said property for the bankruptcy estate, and that Movant should be permitted to foreclose its lien upon said property.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11 U.S.C. § 362 and any injunction arising under 11 U.S.C.§ 524 are lifted and vacated with respect to both the Estate and the Debtor's interest in the property described, to wit:

> LOT 85, OF SUPERSTITION VIEW PHASE II, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 266 OF MAPS, PAGE 45.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this Order shall remain in effect in any bankruptcy chapter to which the Debtors may convert.

DATED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

48137-90951/RMH/JMC2/797348_v1

1 | **COPY** of the foregoing mailed this 19th day of April, 2010, to:
2 |
3 | SHAD W. SCHAFER
CANDANCE M. SCHAFER
9223 E. Adobe Rd.
4 | Mesa, AZ 85207
5 | MARI JO CLARK
3700 N. 24th St., #120
6 | Phoenix, AZ 85016
7 | ROGER W. BROWN
P.O. Box 32967
8 | Phoenix, AZ 85064-2967
9 |   s/ Jeanette Chavez

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

3